SANDY VAN, ESQ.
Nevada Bar No. 10785
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com
*Attorney for Plaintiff*
*Linda Caldera-Brederson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CALDERA-BREDESON, an individual,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE, a branch of the United States Government; DOE INDIVIDUALS I-X; and ROE LEGAL ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01620-GMN-NJK<br><br>**NOTICE OF DISSASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE** |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THIS COURT:**

NOTICE IS HEREBY GIVEN that this Notice of Disassociation is being submitted to inform the Court, parties, and counsel, that the following attorney is no longer associated with the Van Law Firm and is not representing Plaintiff in this matter.  Please remove him from the service list:

/ / /

/ / /

/ / /

1

Michael T Nixon
Nevada Bar No. 12839
Van Law Firm
Las Vegas, NV 89146
Telephone: (725) 900-9000 Telephone
Facsimilie: (702) 800-4662 Facsimile
Email: michael@vanlawfirm.com

Sandy Van, Esq. will be the Lead Attorney to be Noticed on this file.

DATED this 29th day of April, 2022.

Respectfully Submitted,

**VAN LAW FIRM**

__/s/ Sandy Van___
SANDY VAN, ESQ.
Nevada Bar No. 10785
1290 S. Jones Blvd.
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com
*Attorney for Plaintiff*
*Linda Caldera-Brederson*

IT IS SO ORDERED.
Dated:  May 2, 2022
.
.
_____
Nancy J. Koppe
United States Magistrate Judge