SANDY VAN, ESQ.
Nevada Bar No. 10785
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
sandy@vanlawfirm.com
burke@vanlawfirm.com
*Attorney for Plaintiff*
*Linda Caldera-Brederson*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LINDA CALDERA-BREDESON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES POSTAL SERVICE, a branch of the United States Government; DOE INDIVIDUALS I-X; and ROE LEGAL ENTITIES I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-01620-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE DEADLINE TO DEFENDANT'S MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, LINDA CALDERA-BREDESON, by and through her attorney of record SANDY VAN, ESQ., and BURKE HUBER, ESQ., of VAN LAW FIRM, and Defendant UNITED STATES POSTAL SERVICE, by and through its counsel of record JASON M. FRIERSON, ESQ., and BRIANNA SMITH of UNITED STATES ATTORNEY, that our response deadline to Defendant's Motion to Dismiss be continued from Friday, July 15, 2022 to Friday, July 22, 2022.

1

WHEREFORE, pursuant to FRCP 6(b) and LR 7-1, the parties hereby respectfully request this Court extend Plaintiff's Response to Defendant's Motion to Dismiss deadline, to the following:

| EVENT | DEADLINE |
|---|---|
| Plaintiff Responses to Defendant Motion to Dismiss Exhibits A and B | Current: July 15, 2022<br>Proposed: July 22, 2022 |

The current discovery plan/scheduling order date is set for August 15, 2022. The proposed changes should not affect the discovery plan/scheduling order date.

Dated this 14th day of July 2022.
**VAN LAW FIRM**

/s/ Sandy Van
SANDY VAN, ESQ.
Nevada Bar No. 10785
BURKE L. HUBER, ESQ.
Nevada Bar No. 10902
**VAN LAW FIRM**
*Attorney for Plaintiff*

Dated this 14th day of July, 2022.
**UNITED STATES ATTORNEY**

/s/ Brianna Smith
JASON M. FRIERSON, ESQ.
Nevada Bar No. 7709
BRIANNA SMITH, ESQ.
Nevada Bar No. 11795
**UNITED STATES ATTORNEY**
*Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

Dated this  15   day of July, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2