# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CALDERA-BREDESON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01620-GMN-NJK<br><br>**Order**<br><br>[Docket No. 26] |

　　　　Pending before the Court is the parties' proposed discovery plan. Docket No. 26. The parties request a 270-day discovery period because, they submit, additional time may be needed to conduct discovery with witnesses and experts, some of whom are likely out of state. *Id.* at 1-2. The Court is not convinced that a discovery period that is one and a half times the length of the presumptively reasonable discovery period is warranted for these reasons, which are common features of many cases before this Court. Accordingly, the discovery plan is **DENIED** without prejudice. Docket No. 26. An amended discovery plan must be filed by August 19, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: August 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge