# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINDA CALDERA-BREDESON,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant(s). | Case No. 2:21-cv-01620-GMN-NJK<br><br>**Order**<br><br>[Docket No. 31] |

Pending before the Court is a stipulation to extend deadlines in the scheduling order by 90 days.  Docket No. 31.  A hearing is hereby **SET** for that stipulation for 10:00 a.m. on November 17, 2022, in Courtroom 3C.

IT IS SO ORDERED.

Dated: November 8, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1