JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Linda Caldera-Bredeson,<br><br>             Plaintiff,<br><br>      v.<br><br>United States Postal Service; DOES INDIVIDUALS I-X; and ROE LEGAL ENTITIES I-X,<br><br>             Defendants. | Case No. 2:21-cv-01620-GMN-NJK<br><br>**Stipulation and Order to Extend Deadline for Proposed Joint Pretrial Order**<br>**(First Request)** |

Pursuant to LR IA 6-1 and LR 26-3, the parties request a 60-day extension from May 29, 2023, to July 28, 2023, to file the proposed joint pretrial order, and for the reasons, set forth below. The purpose for the requested extension is the parties' good faith intention to mediate this case.

**DISCOVERY COMPLETED**

Discovery is complete.

**DISCOVERY REMAINING**

No discovery remains to be completed.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

This request for an extension concerns only the proposed joint pretrial order. The parties agreed that it will be beneficial to try to resolve this case through mediation. The mediation is scheduled on July 6, 2023, before the Hon. David Jones (Ret.) at Advanced

Resolution Management. The parties received a confirmation of the mediation day today, which led to the inability to seek this extension at least 21 days before the existing due date of May 29, 2023, for the joint pretrial order. This request is made in good faith, not for the purpose of delay.

**EXTENSION OF THE DISCOVERY PLAN AND SCHEDULING ORDER**

Accordingly, counsel request that the Court approve a 60-day extension, from May 29, 2023, to July 28, 2023, to file the proposed joint pretrial order.

This is the first request for an extension of the joint pretrial order, although there were earlier approved requests for extensions of other discovery deadlines.

This request for an extension of time is not sought for any improper purpose including delay.

Respectfully submitted this 10th day of May 2023.

| | |
|---|---|
| VAN LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Burke Huber<br>BURKE L. HUBER, ESQ.<br>Nevada Bar No. 10902<br>VAN LAW FIRM<br>1290 S. Jones Blvd.<br>Las Vegas, NV 89146<br>(725) 900-9000 Telephone<br>(702) 800-4662 Facsimile<br>*Attorney for Plaintiff* | /s/ R. Thomas Colonna<br>R. THOMAS COLONNA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 11, 2023